IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-413-FDW-DCK

| CORPORATE FLEET SERVICES, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| WEST VAN, INC., GENERAL AVIATION SERVICES, LLC, and WEST VAN, Inc./GENERAL AVIATION SERVICES, LLC, a General Partnership, | ) ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

**THIS CAUSE** having come before the Court on motion of local counsel for Defendants West Van, Inc. and General Aviation Services, LLC for admission to practice *pro hac vice* of Eric A. Berg, and it appearing to the Court under Local Rule 83.1(B) that Mr. Berg should be admitted *pro hac vice* as representing Defendants West Van, Inc. and General Aviation Services, LLC.

**IT IS THEREFORE ORDERED** that the motion is granted and that Eric A. Berg is admitted to practice before this Court *pro hac vice*.

_____
David C. Keesler
United States Magistrate Judge

Signed: October 7, 2008