IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:08-cv-00413-FDW

| | |
|---|---|
| CORPORATE FLEET SERVICES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WEST VAN, INC., GENERAL )<br>AVIATION SERVICES, LLC, )<br>and WEST VAN, INC. / GENERAL )<br>AVIATION SERVICES, LLC, )<br>a General Partnership, )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff Corporate Fleet Services' Motion for Dismissal with Prejudice of Defendant General Aviation Services, LLC, filed December 16, 2008.

**IT APPEARING TO THE COURT** that the Plaintiff and Defendant General Aviation Services, LLC, have reached a settlement whereby all matters and things in controversy between them have been compromised and settled;

**NOW, THEREFORE,** Plaintiff Corporate Fleet Services' Motion for Dismissal with Prejudice of Defendant General Aviation Services, LLC, is **granted**. This Order shall not affect the Plaintiff's claims and action with respect to West Van, Inc., or West Van, Inc. / General Aviation Services, LLC, a General Partnership.

IT IS SO ORDERED.  Signed: December 17, 2008

Frank D. Whitney
United States District Judge