IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cv-00413-W

| | |
|---|---|
| CORPORATE FLEET SERVICES,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>WEST VAN, INC., and  )<br>WEST VAN, INC. / GENERAL  )<br>AVIATION SERVICES, LLC,  )<br>a General Partnership,  )<br>  )<br>  Defendants.  )<br>  ) | **NOTICE OF HEARING** |

TAKE NOTICE that a hearing on Defendant West Van, Inc.'s Motion for Summary Judgment (Doc. No. 64) will take place before the undersigned United States District Judge, to be held at **2:00 p.m.** on **Wednesday, October 7, 2009**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to fifteen (15) minutes per party.

Signed: September 24, 2009

*Frank D. Whitney*
Frank D. Whitney
United States District Judge