# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:08-cv-00413-W

| | |
|---|---|
| CORPORATE FLEET SERVICES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WEST VAN, INC., and )<br>WEST VAN, INC. / GENERAL )<br>AVIATION SERVICES, LLC, )<br>a General Partnership, )<br>)<br>Defendants. )<br>) | NOTICE OF HEARING |

TAKE NOTICE that a hearing on the Motion to Withdraw as Counsel of Record for West Van, Inc. (Doc. No. 70) will take place before the undersigned United States District Judge, to be held at **9:15 a.m.** on **Monday, November 2, 2009**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

Signed: October 29, 2009

Frank D. Whitney
United States District Judge