IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cv-00413-W

| | |
|---|---|
| **CORPORATE FLEET SERVICES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **WEST VAN, INC.,** and ) | |
| **WEST VAN, INC. / GENERAL** ) | |
| **AVIATION SERVICES, LLC,** ) | |
| a General Partnership, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

THIS MATTER is before the Court, *sua sponte*, for Defendants'[1] failure to comply with the Court's oral order on November 2, 2009, to enter a new attorney of record within 48 hours. On November 4, 2009, after the 48 hour deadline, the Court received a letter from West Van counsel located in Canada notifying the Court that "the 48 hour window that [the Court] provided to West Van has proved to be insufficient to finalize the transition to new legal counsel." While the Court appreciates West Van keeping the Court informed, West Van is nevertheless in contempt for failure to comply with the Court's order. The Court hereby releases Mr. John Seymour from representing the Defendants and directs Defendants to enter a new attorney of record by 5 p.m. EST tomorrow, Friday, November 6, 2009, or else the Court will

---

[1] Defendants subject to this order are West Van, Inc., and the general partner, West Van, Inc., in the general partnership known as "West Van, Inc./General Aviation Services, LLC." This order does not apply to the Defendant General Aviation Services, LLC, as a general partner in the partnership known as "West Van, Inc./General Aviation Services, LLC."

hold Defendants in contempt for a second time, and will grant the Plaintiff's motion to dismiss counterclaims, possibly enter judgment against the Defendants, and grant other relief as appropriate.

The Clerk's office is directed to serve Defendants via e-mail at ktoyne@btzlaw.ca, which is the e-mail address provided in the November 4, 2009 correspondence from West Van's counsel in Canada.

Signed: November 5, 2009

Frank D. Whitney
United States District Judge