# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### DOCKET NO. 3:08-cv-00413-W

| | | |
|---|---|---|
| **CORPORATE FLEET SERVICES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **WEST VAN, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER is before the Court, *sua sponte*, following a jury trial in the above captioned case. After a verdict in favor of the Plaintiff, the issues of whether Plaintiff is entitled to attorneys' fees in this case and to punitive damages for Defendant's violation of the Connecticut Unfair Trade Practices Act remain before this Court. Plaintiff is directed to submit a memorandum of law on these issues by December 24, 2009, via CM/ECF. Defendant's response is due January 7, 2010, and Plaintiff's reply is due January 14, 2010.

IT IS SO ORDERED.

Signed: December 16, 2009

Frank D. Whitney
United States District Judge