# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:08-cv-00413-W

| | |
|---|---|
| CORPORATE FLEET SERVICES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | NOTICE OF HEARING |
| WEST VAN, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

TAKE NOTICE that a hearing on the issues of whether Plaintiff is entitled to attorneys' fees and to punitive damages for Defendant's violation of the Connecticut Unfair Trade Practices Act will take place before the undersigned United States District Judge, to be held at **3:00 p.m.** on **Friday, January 29, 2010**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

Signed: January 15, 2010

Frank D. Whitney
United States District Judge