# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| CORPORATE FLEET SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>WEST VAN, INC.,<br>and WEST VAN, INC. / GENERAL<br>AVIATION SERVICES, LLC,<br>a General Partnership,<br><br>Defendants. | Case No. 3:08-cv-00413<br><br><br><br>ORDER |

**WHEREAS**, this action was tried beginning on December 7, 2009; and

**WHEREAS**, on December 10, 2009, the jury found Defendant West Van, Inc., liable to the Plaintiff for breach of the Aircraft Purchase Agreement entered into by the parties; and

**WHEREAS**, the Court finds that under the terms of the Aircraft Purchase Agreement, Defendant West Van, Inc.'s breach entitles Plaintiff to the full refund of its deposit; and

**WHEREAS**, the Court further finds that Defendant West Van, Inc., has consented to the release of such deposit;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's obligation to maintain a deposit under the Aircraft Purchase Agreement has been terminated and that Insured Aircraft Title Services, Inc., is hereby authorized to release to Plaintiff Corporate Fleet Services all funds held in escrow in connection with this transaction.

**SO ORDERED.**

Signed: January 29th, 2010

Frank D. Whitney
United States District Judge

{W0273579-1}