# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Corporate Fleet Services,

    Plaintiff(s),

vs.

West Van, Inc., and West Van Inc./General Aviation Services, LLC.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08CV413


DECISION BY COURT. This action having come before the Court by Trial & Hearing and a verdict and decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of Plaintiff, Corporate Fleet Services in accordance with the 12/10/09 Jury Verdict & in the amount of $512,525.78 in accordance with the Court's 1/29/10 decision.


FRANK G. JOHNS, CLERK

February 2, 2010

BY: /s/ Candace Cochran
    Candace Cochran, Deputy Clerk