# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Corporate Fleet Services,

    Plaintiff,

vs.

West Van, Inc.,

    Defendant.

AMENDED JUDGMENT IN A CIVIL CASE

3:08CV413

DECISION BY COURT. This action having come before the Court by Trial & Hearing and a verdict and decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of Plaintiff, Corporate Fleet Services in accordance with the 12/10/09 Jury Verdict & and in the amount of $512,525.78 in accordance with the Court's 1/29/10 decision against Defendant West Van, Inc..

February 4, 2010

FRANK G. JOHNS, CLERK

BY: /s/ Candace Cochran
    Candace Cochran, Deputy Clerk